No. 1261, October Term, 1967. GOLDMAN v. NEW YORK, 392 U. S. 643;

No. 1289, October Term, 1967. COCHRAN ET AL. v. UNITED STATES, 391 U. S. 913;

No. 1319, October Term, 1967. HAGERTY v. LOUISIANA, 391 U. S. 935;

No. 1330, October Term, 1967. SKOLNICK ET AL. v. MOSES ET AL., 391 U. S. 600;

No. 1343, October Term, 1967. O'KELLEY ET AL. v. CALIFORNIA, 391 U. S. 965;

No. 1452, October Term, 1967. SCARSELLETTI v. AETNA CASUALTY & SURETY Co., 392 U. S. 907;

No. 920, Misc., October Term, 1967. ROBERTS v. RUSSELL, 392 U. S. 293;

No. 969, Misc., October Term, 1967. WOLFF v. FOLEY, 392 U. S. 933;

No. 1030, Misc., October Term, 1967. WEST v. MC-MANN, WARDEN, 392 U. S. 933;

No. 1198, Misc., October Term, 1967. HOBBS v. FRYE, WARDEN, 392 U. S. 934;

No. 1224, Misc., October Term, 1967. CARROLL v. TEXAS, 392 U. S. 664;

No. 1262, Misc., October Term, 1967. KOZUCK ET UX. v. LAL CONSTRUCTION Co., 392 U. S. 934;

No. 1309, Misc., October Term, 1967. HODGE v. TENNESSEE, 392 U. S. 912;

No. 1363, Misc., October Term, 1967. BERCERA-SOTO v. UNITED STATES, 391 U. S. 928;

No. 1401, Misc., October Term, 1967. JACKSON v. UNITED STATES, 392 U. S. 935;

No. 1447, Misc., October Term, 1967. WATSON v. COMMON PLEAS COURT OF PHILADELPHIA ET AL., 391 U. S. 953; and

No. 1482, Misc., October Term, 1967. SIEGAL v. UNITED STATES, 391 U. S. 954. Petitions for rehearing denied.